IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

JUN 0 8 2018

Clerk, U.S. District Court
District Of Montana
Missoula

|  |  |
|---|---|
| TORREY HAGINS, | CV 18–28–M–DLC–JCL |
| Petitioner, |  |
| vs. | ORDER |
| JAMES SALMONSON, |  |
| Respondent. |  |

United States Magistrate Judge Jeremiah C. Lynch entered his Amended

Findings and Recommendations in this case on April 18, 2018, recommending

dismissal of Petitioner Torrey Hagins' ("Hagins") petition for writ of habeas

corpus under 28 U.S.C. § 2254.   Hagins has failed to timely object to the findings

and recommendations, and has waived the right to de novo review of the record.

28 U.S.C. § 636(b)(1).   The Court will therefore review the record for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

(9th Cir. 1981).

Judge Lynch found, and this Court agrees, that this matter should be

dismissed because Hagins has not filed an individual petition for habeas corpus

relief as directed.   Hagins is precluded from filing his request for habeas relief en

masse with other petitioners.     Thus, his petition will be dismissed without prejudice.

Accordingly, IT IS ORDERED that Judge Lynch's Findings and Recommendations (Doc. 6) are ADOPTED IN FULL.     Hagins' Petition (Doc. 2) is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter a judgment of dismissal.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

DATED this 8th day of June, 2018.

Dana L. Christensen, Chief Judge
United States District Court